EDMUND DAY et al., Respondents, *v.* THE CITY OF DUN-
KIRK, Appellant.

*Day* v. *City of Dunkirk*, 170 App. Div. 936, affirmed.
(Argued January 29, 1918; decided February 12, 1918.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered July 12, 1915, *unanimously* affirming a judgment
in favor of plaintiffs entered upon a decision of the court
on trial at Special Term in an action to set aside sewer
assessments against the property of plaintiffs as a cloud
upon title.  The complaint alleged that the assessors
entirely omitted from the assessment roll and excepted
from assessment, property along part of said sewer
having a frontage of about 1,592 feet and did assess the
cost of said sewer upon the plaintiffs and other owners of
property.  The trial court set aside the assessments
upon the ground that the method of assessment adopted
violated the plain and explicit directions of the charter
of the city of Dunkirk and imposed a greater burden
upon the plaintiffs' property than could be legally
assessed thereon.

*Lyman A. Kilburn* for appellant.
*John K. Patterson* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK,
HOGAN, MCLAUGHLIN and CRANE, JJ.